MARGARET H. MASON, Individually and as Administratrix of the Estate of ROY D. HAMMOND, Deceased, Respondent, *v.* TOWN OF ANDES, Appellant.

MILFORD B. BUTLER, Individually and as Guardian ad Litem of LLOYDRICK BUTLER, an Infant, Respondent, *v.* TOWN OF ANDES, Appellant.

Argued October 16, 1941; decided November 19, 1941.

*Donald H. Grant, Francis A. Niles* and *Charles B. Johnson* for appellant.

*Arthur F. Curtis* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J.